## Sabatini Law Firm, LLC

216 N. Blakely St.
Dunmore, PA 18512

Statement as of: 11/25/2024

**Kristin Johannes**
**1757 Beach Lake Highway**
**Beach Lake, PA 18405**

Our file number: 3279-001

### Rate Summary

| Professional | Gross | | Discount | | Net |
|---|---|---|---|---|---|
| Shannon Dodge | 0.60 hours at $135.00/hr | $81.00 | 0.60 hours | ($81.00) | $0.00 |
| Brett Freeman | 6.30 hours at $310.00/hr | $1,953.00 | 1.10 hours | ($341.00) | $1,612.00 |
| Carlo Sabatini | 7.90 hours at $415.00/hr | $3,278.50 | 4.96 hours | ($2,056.50) | $1,222.00 |
| Ashley Werner | 7.30 hours at $150.00/hr | $1,095.00 | 3.47 hours | ($520.00) | $575.00 |
| Total: | 22.10 hours (before discount) | $6,407.50 | 10.12 hours | ($2,998.50) | $3,409.00 |

### Itemized Listing of Services

| Date | Description | Rate | | Hours | Amount | Discount |
|---|---|---|---|---|---|---|
| 05/30/2020 | Email to Midland requesting documentation concerning proof of claim filed. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 05/30/2020 | Email to Resurgent requesting documentation concerning proof of claim filed. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 05/30/2020 | Email to Jefferson Capital requesting documentation concerning proof of claim filed. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/01/2020 | Receive, review, and respond to email from Jefferson Capital regarding which documentation I am looking for. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 06/02/2020 | Receive, review, and respond to email from MCM regarding amending proof of claim and whether we need additional information. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 06/02/2020 | Receive, review, and respond to email from Jefferson Capital regarding amended proof of claim and asking if I need anything further. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/03/2020 | Receive, review, and respond to email from Jefferson Capital inquiring about why I need further documentation. | CS | 415.00 | 0.20 | 83.00 | -83.00 |
| 06/03/2020 | Receive and review confirmation hearing memo regarding plan ready for confirmation. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 06/04/2020 | Receive and review order confirming chapter 13 plan. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 06/09/2020 | Receive, review, and respond to email from MCM attaching unredacted documentation for claim. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 06/09/2020 | Receive and review email from Midland Credit Management with attachment. | CS | 415.00 | 0.10 | 41.50 | -41.50 |

| Date | Description | Staff | Rate | Hours | Amount | Adjust |
|---|---|---|---|---|---|---|
| 06/09/2020 | Email to MCM regarding what the differences are with the secure website attachment and email attachment. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 06/10/2020 | Download Midland attachment again. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 06/10/2020 | Compare downloaded Midland attachment to the one from Midland's email. These are the same. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 06/10/2020 | Email to Midland regarding comparison. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 06/10/2020 | Email to MCM regarding responding to previous email concerning attachment differences. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 06/10/2020 | Receive and review email from MCM regarding website documents and email documents. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 06/10/2020 | Receive and review email from MCM regarding not providing further documentation concerning claim. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 06/11/2020 | Receive, review, and respond to email from MCM regarding no difference in the documents provided via email and website attachment. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 06/15/2020 | Analyze amended proof of claim 8. | ASW | 150.00 | 0.20 | 30.00 | -15.00 |
| 06/15/2020 | Receive and review electronic notice of filing: Order Confirming Plan. Update file to reflect same. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 06/23/2020 | Receive and review email from client attaching mortgage statement and regarding payments to mortgage company not being applied correctly. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 06/23/2020 | Email to client regarding payments to mortgage company. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/23/2020 | Email to Hanyon regarding notice of error. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/24/2020 | Receive and review email from Hanyon regarding not being allowed to accept notice of error. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 06/25/2020 | Receive and review email from client regarding mortgage payments made and escrow shortage. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/25/2020 | Prepare notice of error. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 06/26/2020 | Prepare exhibits for notice of error. | ASW | 150.00 | 0.10 | 15.00 | -10.00 |
| 07/13/2020 | Review file regarding proof of claim inquiries. Email to CS regarding next steps concerning creditors not withdrawing claims filed on the docket. | ASW | 150.00 | 0.20 | 30.00 | -20.00 |
| 07/15/2020 | Analyze amended claim 6. Email analysis to CS. | ASW | 150.00 | 0.20 | 30.00 | -15.00 |
| 07/15/2020 | Receive and review analysis of amended claim 6. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 07/20/2020 | Email to Resurgent requesting documentation on which claim 4 was based. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 07/21/2020 | Receive, review, and respond to email from Walters at Resurgent attaching documents supporting claim. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 07/21/2020 | Prepare certificate of service for 3001 motion against Jefferson Capital Systems. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 07/21/2020 | Prepare 3001 motion, letter, order, notice and exhibit. Time is estimated. | CS | 415.00 | 0.80 | 332.00 | 0.00 |
| 07/22/2020 | Email to ECF Event help regarding 3001 motion. | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 07/22/2020 | Receive and review email from Cindy Boyle permitting me to use generic motion to file 3001 motion against Jefferson Capital Systems. | ASW | 150.00 | 0.10 | 15.00 | -15.00 |

| Date | Description | Attorney | Rate | Hours | Amount | Balance |
|---|---|---|---|---|---|---|
| 07/22/2020 | File 3001 Motion and corresponding documents. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 07/27/2020 | Receive and review notice setting objection date and hearing filed on the docket. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 07/31/2020 | Receive and review email from Resurgent attaching affidavit regarding sale of account. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 08/02/2020 | Email to client with documents filed in his case and asking after a time to speak. | CS | 415.00 | 0.10 | 41.50 | -36.50 |
| 08/02/2020 | Email to Resurgent with proposed protective order. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 08/04/2020 | Receive, review, and respond to email from client regarding a time to speak. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 08/04/2020 | Receive and review email from Resurgent regarding master sale and purchase agreement documents. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 08/04/2020 | Email to Resurgent regarding preclusion motion and objection to claim. | CS | 415.00 | 0.50 | 207.50 | -207.50 |
| 08/05/2020 | Receive and review email from client regarding speaking after 4. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 08/05/2020 | Call to client. No answer, left message. Email to client regarding the same. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/05/2020 | Receive, review, and respond to email from client regarding speaking before noon tomorrow. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 08/06/2020 | Receive, review, and respond to email from Resurgent regarding documents upon which claim 4 is based. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 08/06/2020 | Call with client. I'm going to treat all of the claims that I object to in his case as one project and the amount that I charge him for that project will not be more than I save him doing the project. | CS | 415.00 | 0.30 | 124.50 | -124.50 |
| 08/11/2020 | Review and analyze amended proof of claim 4. | ASW | 150.00 | 0.20 | 30.00 | -30.00 |
| 08/18/2020 | Email to client regarding plan payments. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/21/2020 | Prepare second RFI to Quicken Loans. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 08/24/2020 | Call to clients to ask for mortgage statement. Stephanie said she would send that to me. | ASW | 150.00 | 0.10 | 15.00 | -10.00 |
| 08/26/2020 | File notice of telephonic appearance on the docket. | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 08/26/2020 | Receive and review email from client with mortgage statement. Forward to CS. | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 08/27/2020 | Attend hearing on motion. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 08/27/2020 | Receive and review order granting motion on Debtors Rule 3001(c)(3)(b) filed on the docket. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 10/05/2020 | Prepare bill and fee application. | ASW | 150.00 | 1.70 | 255.00 | -255.00 |
| 10/06/2020 | Review fee application. Call to client regarding the same. No answer, left message. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 10/07/2020 | Call to client regarding fee application. No answer, left message. Email to client regarding the same. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 10/07/2020 | Call to client regarding fee application. Email to client regarding the same. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 10/08/2020 | Re-date fee application for today and serve on certificate of service.com. | ASW | 150.00 | 0.20 | 30.00 | -30.00 |
| 10/08/2020 | Receive, review, and respond to email from client approving fee application. | CS | 415.00 | 0.10 | 41.50 | -41.50 |

| Date | Description | Atty | Rate | Hours | Amount | Balance |
|---|---|---|---|---|---|---|
| 10/08/2020 | File fee application. | ASW | 150.00 | 0.20 | 30.00 | -30.00 |
| 10/09/2020 | Receive and review docket entry that fee application wasn't properly flattened. Refile fee application. | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 10/24/2020 | Email to client with Request for Notice filed on the docket. | CS | 415.00 | 0.10 | 41.50 | -36.50 |
| 10/25/2020 | Receive and analyze notice of mortgage payment change filed on the docket. | ASW | 150.00 | 0.20 | 30.00 | -15.00 |
| 10/25/2020 | Email to client with notice of mortgage payment change filed on the docket. | CS | 415.00 | 0.10 | 41.50 | -26.50 |
| 11/06/2020 | Receive and review Amended Notice of Mortgage Payment Change. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 11/06/2020 | Receive and review Order granting fee application. | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 11/06/2020 | Email to client regarding new mortgage payment. | CS | 415.00 | 0.10 | 41.50 | -26.50 |
| 11/12/2020 | Email to client with order approving fee app filed on the docket. | CS | 415.00 | 0.10 | 41.50 | -36.50 |
| 11/25/2020 | Call to clients regarding mortgage. Partial payment, escrow, and arrears issue resolved. NAN. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/27/2021 | Prepare interim case status report: Verify that (1) Trustee's schedule of distribution is in complete conformity with plan; (2) plan funding is sufficient but no greater than it needs to be; (3) tasks that need completion are scheduled to be completed. | ASW | 150.00 | 0.40 | 60.00 | 0.00 |
| 02/16/2021 | Review interim case status report prepared by paralegal. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 02/17/2021 | Draft objection to claim. | BF | 310.00 | 1.90 | 589.00 | 0.00 |
| 02/18/2021 | Draft letter to Jefferson Capital. | BF | 310.00 | 2.30 | 713.00 | 0.00 |
| 03/05/2021 | Email to client with substitution of counsel filed on the docket. | CS | 415.00 | 0.10 | 41.50 | -36.50 |
| 03/16/2021 | Receive and review email from MCM with documents for each of the 3 proofs of claim. | BF | 310.00 | 0.60 | 186.00 | -186.00 |
| 03/26/2021 | Review file with SMD. Calendar future review. Set tickler for a month out. | BF | 310.00 | 0.10 | 31.00 | -31.00 |
| 03/26/2021 | Review file. Need to do an Objection to Jefferson's response to proof of claim. | BF | 310.00 | 0.10 | 31.00 | -31.00 |
| 03/29/2021 | Continue drafting objection to proof of claim. | BF | 310.00 | 0.90 | 279.00 | 0.00 |
| 04/02/2021 | Review file. Inform SMD that she needs to file and mail out objection. | BF | 310.00 | 0.10 | 31.00 | -31.00 |
| 04/05/2021 | Finalize objection to proof of claim. | BF | 310.00 | 0.10 | 31.00 | 0.00 |
| 04/05/2021 | Letter to Jefferson Capital Systems enclosing a copy of Debtor's Objection to Proof of Claim 12, Proposed Order, and Notice. | SMD | 135.00 | 0.10 | 13.50 | -13.50 |
| 04/06/2021 | Conference with SMD regarding filing the objection to the proof of claim for Jefferson Capital. | BF | 310.00 | 0.20 | 62.00 | -62.00 |
| 04/06/2021 | File objection to proof of claim 12. (Had issues with filing.) | SMD | 135.00 | 0.50 | 67.50 | -67.50 |
| 04/13/2021 | Email to client attaching objection to claim filed in his case. | CS | 415.00 | 0.10 | 41.50 | -36.50 |

| Date | Description | Atty | Rate | Hours | Amount | Discount |
|---|---|---|---|---|---|---|
| 05/12/2021 | Receive and review order disallowing claim 12 filed on the docket. Review trustee13 to confirm claim won't be paid. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 05/14/2021 | Email to client regarding wage attachments and trustee letter. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 06/08/2021 | Email to client with order sustaining objection to claim. | CS | 415.00 | 0.10 | 41.50 | -36.50 |
| 10/18/2021 | Receive and review notice of mortgage payment change. Analyze the same. Prepare email regarding payment amount. | ASW | 150.00 | 0.20 | 30.00 | 0.00 |
| 10/31/2022 | Receive and review notice of mortgage payment change filed on the docket. Review escrow analysis. The numbers are correct. Prepare email to client with notice of payment change. | ASW | 150.00 | 0.20 | 30.00 | 0.00 |
| 11/03/2023 | Receive and review notice of mortgage payment change. Analyze the same. Email to client with the same. | ASW | 150.00 | 0.20 | 30.00 | 0.00 |
| 01/02/2024 | Receive and review Entry of Appearance of Matthew K. Fissel filed on docket. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 08/27/2024 | Review file to confirm all things we want accomplished by plan have been accomplished and prepare summary for attorney. (Verify plan isn't underfunded, that all docket entries have been resolved, that client is on track to complete plan payments, any debts we want paid have been paid.) | ASW | 150.00 | 0.30 | 45.00 | 0.00 |
| 09/16/2024 | Review paralegal's summary of case and whether the same is on track to end how we expect it to. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 11/08/2024 | Review notice of mortgage payment change. Email to client with new mortgage payment amount. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 11/25/2024 | Estimated paralegal time to close case. Review email from client approving fee application. File fee application online. [.2] Review order regarding fee application [.1] Review Trustee's website to confirm distribution is properly scheduled. [.1] Receive and review correspondence from Trustee's office indicating that client has completed plan payments. Draft letter to client regarding Certification in Support of Discharge. [.1] Draft Notice of Final Cure Payment. [.2] File Notice of Final Cure Payment. [.1] Receive and review executed Certification in Support of Discharge. File same electronically. [.1] Receive and review Response to Notice of Final Cure Payment. Send to client to verify accuracy of the same. [.1] Review discharge. [.1] Receive and review Clerk's Notice to Debtor indicating that unless an objection pursuant to F.R.B.P. 5009 is filed, case will be closed in 30 days. [.1] Review Final Decree. [.1] Closing email to client. [.1]. | ASW | 150.00 | 1.40 | 210.00 | 0.00 |

*Sub-total Fees:*    6,407.50    -2,998.50

*Net Fees After Discount:*    **3,409.00**

**Expenses**

| Date | Description | Price | Units | Amount | Discount |
|---|---|---|---|---|---|
| 06/26/2020 | Postage for notice of error to Quicken Loans. | 1.00 | 7.60 | 7.60 | 0.00 |
| 10/08/2020 | Postage and cost for mailing of notice of fee application to creditor matrix. | 1.00 | 20.90 | 20.90 | 0.00 |
| | | | Sub-total Expenses: | 28.50 | 0.00 |

### Payments

| Date | Description | Amount |
|---|---|---|
| 12/13/2020 | Johannes Distribution from Trustee | 5,654.57 |
| | Sub-total Payments: | 5,654.57 |

### Total

| | |
|---|---|
| Net Fees After Discount: | 3,409.00 |
| Net Expenses After Discount: | 28.50 |
| *Total:* | **3,437.50** |