IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | |
|---|---|
| | CHAPTER 13 |
| KRISTIN WADE JOHANNES; AKA KRIS W. JOHANNES; AKA KRISTIN JOHANNES; AKA KRISTIN W. JOHANNES; AKA KRIS JOHANNES, | CASE NO. 5:20-bk-01044-MJC |
| | Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses |
| Debtor | |

**ORDER APPROVING FINAL COMPENSATION TO COUNSEL FOR DEBTOR**

Upon consideration of *Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses* it is ordered that the following final amounts are awarded: compensation in the amount of $3,409.00 and reimbursement of expenses in the amount of $28.50 for a total sum of $3,437.50. This compensation is in addition to all amounts previously paid by the Debtor, approved by this court, or that were included in the confirmed plan.