IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | |
|---|---|
| KRISTIN WADE JOHANNES; AKA KRIS W. JOHANNES; AKA KRISTIN JOHANNES; AKA KRISTIN W. JOHANNES; AKA KRIS JOHANNES, | CHAPTER 13 |
| | CASE NO. 5:20-bk-01044-MJC |
| Debtor | |

**Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3**

| Title of Paper Served: | NOTICE OF APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| The entities on the attached service list | | United States Mail – First Class Postage Prepaid |

I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: November 27, 2024

s/ Tiffany Bator
Tiffany Bator, Paralegal
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email kecf@bankruptcypa.com

| |
|---|
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Capital One Bank USA, NA<br>Capital<br>1 Services LLC<br>Charlotte, NC  28201 |
| Citibank NA<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 |
| Citicards CBNA<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 |
| D&A Services<br>1400 E Touhy Ave Ste G-2<br>Des Plaines, IL 60018-3338 |
| JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| JPMorgan Chase Bank, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| MID HUDSON VALLEY FEDERAL CREDIT UNION<br>1099 MORTON BOULEVARD<br>KINGSTON NY 12401-1503 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Mid-Hudson Valley Federal Credit Union |

| |
|---|
| c/o Schiller Knapp Lefkowitz & Hertzel LLP<br>950 New Loudon Road<br>Latham, New York 12110-2190 |
| Midland Credit Management, Inc<br>PO Box 301030<br>Los Angeles, CA  90030-1030 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| QUICKEN LOANS, LLC , et.al.<br>BANKRUPTCY TEAM<br>635 WOODWARD AVE.<br>DETROIT MI 48226-3408 |
| Quicken Loans<br>1050 Woodward Ave<br>Detroit, MI 48226-3573 |
| Quicken Loans, Inc.<br>PO Box 44235<br>Detroit, MI  48244-0235 |
| Quicken Loans, Inc.<br>PO Box 6577<br>Carol Stream, IL  60197-6577 |
| SYNCB/Amazon PLCC<br>PO Box 965060<br>Orlando, FL  32896-5060 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| United Collection Bureau, Inc.<br>5620 Southwyck Blvd Ste 206<br>Toledo, OH  43614-1501 |
| AT&T Mobility<br>PO Box 537104<br>Atlanta, GA  30353-7104 |
| JPMORGAN CHASE BANK, N.A.<br>National Bankruptcy Department<br>PO Box 29505 AZ1-5757<br>Phoenix, AZ 85038-9505 |
| Alltran Financial L<br>PO Box 722910<br>Houston, TX  77272-2910 |
| Alltran Financial, LP |

| |
|---|
| PO Box 4044<br>Concord, CA  94524-4044 |
| Bank of America<br>PO Box 982238<br>El Paso, TX 79998-2238 |
| Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Best Buy/Citibank<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 |
| Capital One<br>PO Box 71087<br>Charlotte, NC  28272-1087 |