Exhibit C

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re  Terrie Cozart,<br>              Debtors | Chapter 13 |
| Terrie Cozart,<br>              Movant | Case No. 5:14-BK-05172-JJT |
| v. | |
| Lackawanna County Tax Claim<br>Bureau,<br>              Respondent | |

## DEBTOR'S OBJECTION TO RESPONDENT'S PROOF OF CLAIM (# 3)

Debtor, by counsel, objects to Proof of Claim #3 filed by Lackawanna County Tax Claim Bureau (Lackawanna County Tax Claim Bureau) in the amount of $372.08 and assigns the following reasons for same:

1. Debtor does not owe any money to the Lackawanna County Tax Claim Bureau, and Respondent's claim should be disallowed in its entirety.

2. As the claim itself indicates, the debt is owed by the Debtor's daughter, Terra Cozart.

3. Creditor classified the claim as secured. This classification is correct, however as stated above, the Debtor does not owe this claim.

WHEREFORE, Debtor respectfully requests that this Honorable Court disallow the proof of claim filed by Lackawanna County Tax Claim Bureau, and order such other and further relief as is just and proper.

Date: March 3, 2015

/s/ Carlo Sabatini
Carlo Sabatini PA No. 83831
Attorney for Debtors
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000