IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Kristin Wade Johannes,<br>　　　　　Debtor<br><br>Kristin Wade Johannes,<br>　　　　　Movant<br>v.<br><br>Quicken Loans, LLC,<br>　　　　　Respondent | Chapter 13<br><br>Case No. 5:20-bk-01044-MJC |

## CERTIFICATE OF SERVICE

I, Amber Werner, of Sabatini Law Firm, LLC certify that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that on April 7, 2025 I served a copy of the within Notice of Final Cure Payment upon the following parties at their respective addresses by depositing same in the United States Mail, First Class, Postage Prepaid addressed to:

Quicken Loans, LLC
Bankruptcy Team
635 Woodward Ave.
Detroit, MI 48226

Trustee Jack N. Zaharopoulos Esquire will be served through the CM/ECF system. I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 7, 2025　　　　　　　　　　　/s/Amber Werner
　　　　　　　　　　　　　　　　　　　　　　　　Amber Werner, Legal Assistant
　　　　　　　　　　　　　　　　　　　　　　　　Sabatini Law Firm, LLC
　　　　　　　　　　　　　　　　　　　　　　　　216 N. Blakely St.
　　　　　　　　　　　　　　　　　　　　　　　　Dunmore, PA 18512
　　　　　　　　　　　　　　　　　　　　　　　　Phone (570) 341-9000
　　　　　　　　　　　　　　　　　　　　　　　　kecf@bankruptcypa.com