# EXHIBIT A

| Case No. | Case Title | Name of Creditor |
|---|---|---|
| 1:18-bk-03529-HWV | Matthew Marlin Hoover | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 1:19-bk-02466-HWV | Ann Louise Mitchell | Wells Fargo Bank, N.A. |
| 1:19-bk-04730-HWV | Bryan R. Shatzer | Wells Fargo Bank, N.A. |
| 1:19-bk-04839-HWV | James Orman Willies, III and Alesia Angela Willies | U.S. BANK NATIONAL ASSOCIATION, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007- |
| 1:19-bk-05064-HWV | Stephanie Amber Shamer | PHH Mortgage Corporation |
| 1:19-bk-05444-HWV | Carl Winfield Brillhart and Jennifer Leigh Brillhart | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 1:20-bk-01227-HWV | John E Mong and Donna J Mong | Santander Bank, N.A. |
| 1:20-bk-01663-HWV | TaraJean Marie Webb | Nationstar Mortgage LLC |
| 1:20-bk-02642-HWV | Younas Chaudry | Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-4, as owner of the |
| 1:21-bk-00501-HWV | Gregory A. Hays and Connie S. Hays | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 1:21-bk-01534-HWV | Jens Waterstradt | Wells Fargo Bank, N.A. |
| 1:22-bk-00311-HWV | Nicole Antoinette Brookins | RightPath Servicing |
| 1:22-bk-00776-HWV | Shalon Marie Logan | Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2007-5, Asset- |
| 1:22-bk-00870-HWV | Pedro Alberto Dominguez | Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services |
| 1:22-bk-01517-HWV | Jeffrey Lee Zimmerman | Santander Bank, N.A. |
| 1:22-bk-01556-HWV | Eric B Reckner and Doris J. Reckner | Freedom Mortgage Corporation |
| 1:22-bk-01800-HWV | Walter R. Marriott and Amanda J. Marriott | Wells Fargo Bank, N.A. |
| 1:22-bk-01990-HWV | Kacey Lynn Grove | Wells Fargo Bank, N.A. |
| 1:22-bk-02340-HWV | Larry Lee Amspacher, Jr | Freedom Mortgage Corporation |
| 1:22-bk-02409-HWV | Michael James Eley and Tammi Delores Eley | Deutsche Bank National Trust Company, as trustee for Soundview Home Loan Trust 2006 EQ2 Asset- |
| 1:23-bk-00175-HWV | Daniel L Curry and Penelope Elaine Curry | AmeriSave Mortgage Corporation |
| 1:23-bk-00206-HWV | Ronna Lee Valerio | U.S. BANK NATIONAL ASSOCIATION |
| 1:23-bk-00231-HWV | Ronald John Miller | Wells Fargo Bank, N.A. |
| 1:23-bk-00323-HWV | Matthew David McCollum and Amber Rae McCollum | Discover Bank |
| 1:23-bk-00799-MJC | Anthony Perez and Amber Lynn Perez | Nationstar Mortgage LLC |
| 1:23-bk-00822-HWV | Robert J. Davis, Jr. and Sierra N. Davis | Nationstar Mortgage LLC |
| 1:23-bk-01513-HWV | Steven E. Shoop and Doreen K. Shoop | Wells Fargo Bank, N.A. |
| 1:23-bk-01594-HWV | David K. Dubose | Freedom Mortgage Corporation |
| 1:23-bk-02256-HWV | Brian L. Everhart and Cathy Ann Everhart | CrossCountry Mortgage, LLC |
| 1:23-bk-02273-HWV | James Michael Little | Freedom Mortgage Corporation |
| 1:23-bk-02278-HWV | Ralph Lee Phillips, Jr. | Langley Federal Credit Union |
| 1:23-bk-02466-HWV | Scott Allen Urey, Jr. | Movement Mortgage, LLC |
| 1:23-bk-02613-HWV | Allan W. Graupher and Mary Catherine Graupner | Freedom Mortgage Corporation |

| Case | Debtor | Creditor |
|---|---|---|
| 1:23-bk-02632-HWV | Veronica Andrea Fuentes | Truist Bank |
| 1:23-bk-02672-HWV | Devan R. Dodd | Nationstar Mortgage, LLC |
| 1:23-bk-02701-HWV | Justin Lee Soaper and Laci K.D. Soaper | PHH Mortgage Corporation |
| 1:23-bk-02715-HWV | Daren Lee Carr and Jamie Lorraine Carr | Freedom Mortgage Corporation |
| 1:23-bk-02733-HWV | Leanne Shoff | Santander Bank, N.A. |
| 1:23-bk-02773-HWV | Michael John Tracy | Freedom Mortgage Corporation |
| 1:24-bk-00005-HWV | Jenny Perez Marte | Movement Mortgage, LLC |
| 1:24-bk-00273-HWV | Nathan J Harchuska | Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2005-5, Asset- |
| 1:24-bk-00425-HWV | Jamie Lee Gruber and Lori Ann Gruber | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 1:24-bk-00462-HWV | Jared Micheal Freeman and Brianna Nicole Freeman | Freedom Mortgage Corporation |
| 1:24-bk-00466-HWV | Judith Mattivi Morley | U.S. BANK NATIONAL ASSOCIATION |
| 1:24-bk-00536-HWV | Yasmeen Hansen | American Financing Corporation, |
| 1:24-bk-00572-HWV | Crystal Dawn Maier | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 1:24-bk-00706-HWV | Karen Hess Rohrbaugh and Randolph Lee Rohrbaugh, II | Langley Federal Credit Union |
| 1:24-bk-00733-HWV | Damian J. Schuyler | Freedom Mortgage Corporation |
| 1:24-bk-00741-HWV | James N. Albin, Jr. | CMG Mortgage, Inc. |
| 1:24-bk-00743-HWV | Mariah Lynn Ramer | Movement Mortgage, LLC. |
| 1:24-bk-00767-HWV | Morris Stanley, III | U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee, for Residential Asset Mortgage Products, Inc., |
| 1:24-bk-00774-HWV | Theresa M. Hoover | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 1:24-bk-00783-HWV | Jason Alan Reed | Freedom Mortgage Corporation |
| 1:24-bk-00829-HWV | Christine A. Bailey | Freedom Mortgage Corporation |
| 1:24-bk-01208-HWV | Glen Alex Moran, Jr | Freedom Mortgage Corporation |
| 1:24-bk-01316-HWV | Michael A Meck | Northpointe Bank |
| 1:24-bk-01355-HWV | Douglas David Geary | Santander Bank, N.A. |
| 1:24-bk-01655-HWV | Matthew Aaron Barnes | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 1:24-bk-01679-HWV | Dale Robert Weaver and Latrisha Elizabeth Kohler | Freedom Mortgage Corporation |
| 1:24-bk-01680-HWV | David Paul Rocek | Wells Fargo Bank, N.A. |
| 1:24-bk-01845-HWV | Constance Louela Smith-Johnson | U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity |
| 1:24-bk-02972-HWV | Christine M. Baltimore | Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT2, Asset-Backed Certificates, Series 2005- |
| 1:24-bk-03013-HWV | Arthur W. Schade, Jr. | Freedom Mortgage Corporation |
| 1:24-bk-03317-HWV | Neil Abram Brandt | Freedom Mortgage Corporation |

| Case Number | Debtor | Creditor |
|---|---|---|
| 1:24-bk-03325-HWV | Nathaniel Stroup Dunkle | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 1:24-bk-03342-HWV | Adam Nicolas Fleisher | Freedom Mortgage Corporation |
| 1:25-bk-00069-HWV | Clayton R. Stoltzfus and Lauren N. Stoltzfus | Freedom Mortgage Corporation |
| 1:25-bk-00074-HWV | John W. Williams | Freedom Mortgage Corporation |
| 1:25-bk-00254-HWV | Ian Lamb McDougal | Guild Mortgage Company LLC |
| 1:25-bk-00283-HWV | Randy H. Hank | The Bank of New York Mellon, f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for the registered holders of ABFS Mortgage Loan Trust 2001-1, Mortgage-Backed Pass-Through |
| 1:25-bk-00305-HWV | William Carl Boyer | DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee for the registered holders of MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC3 |
| 1:25-bk-00386-HWV | Lorraine Lisa Larsen and Jason Hall Larsen | PHH Mortgage Corporation |
| 1:25-bk-00546-HWV | Billy Ray Bingaman | Langley Federal Credit Union |
| 4:22-bk-00630-MJC | Michael C Snyder | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 4:23-bk-00977-MJC | Michael P. Paradis and Kimberly L. Paradis | Freedom Mortgage Corporation |
| 4:23-bk-02754-MJC | Tracey Ann McGinley | Freedom Mortgage Corporation |
| 4:24-bk-00773-MJC | Christopher Ryan Cupp and Lori Jean Cupp | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 4:24-bk-01410-MJC | Patricia A. O'Brien | The Northumberland National Bank |
| 4:24-bk-01690-MJC | Anthony Louis Palermo | Freedom Mortgage Corporation |
| 4:25-bk-00119-MJC | Donald Eugene Schaeffer, Jr. and Wendy S. Schaeffer | Wells Fargo USA Holdings, LLC |
| 5:15-bk-03685-MJC | Stephen F. Healy and Ann Ball Healy | U.S. Bank National Association, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, |
| 5:19-bk-05030-MJC | Adam M Considder and Maria A Considder | Wells Fargo Bank, N.A. |
| 5:20-bk-00203-MJC | Jeffrey S Cappella | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc |
| 5:20-bk-00245-MJC | Paul Werkheiser | U.S. Bank Trust National Association, as Trustee of |
| 5:20-bk-01044-MJC | Kristin Wade Johannes | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc |
| 5:20-bk-02217-MJC | Koren A. Booth | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST |
| 5:20-bk-03208-MJC | Javier A. Solano | Rushmore Loan Management Services LLC |
| 5:21-bk-02554-MJC | Kimberly A Garrity | Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services |
| 5:22-bk-00458-MJC | Ramona Roman-Rabassa | Freedom Mortgage Corporation |
| 5:22-bk-00476-MJC | Jamie Alison Tobin | Pentagon Federal Credit Union |
| 5:22-bk-00890-MJC | Letepha Latoya Smartt and Leyland Ronald Smartt | AmeriHome Mortgage Company, LLC |
| 5:22-bk-01780-MJC | Kamil Latek | Wells Fargo Bank, N.A. |
| 5:22-bk-01829-MJC | Jason Robert Adams and Autumn Elizabeth Adams | Freedom Mortgage Corporation |

| Case | Debtor | Creditor |
|---|---|---|
| 5:22-bk-02033-MJC | Kristen Ashley Stefanko | Freedom Mortgage Corporation |
| 5:22-bk-02242-MJC | Qaadira Chanel Roberson | Wells Fargo Bank, N.A. |
| 5:22-bk-02461-MJC | Scott P. Fairchild and Melissa Ann Fairchild | Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services |
| 5:23-bk-00156-MJC | Darrell R Hazel | Freedom Mortgage Corporation |
| 5:23-bk-00199-MJC | Leonard P Karrott and Debra A Karrott | Wells Fargo Bank, N.A. |
| 5:23-bk-00777-MJC | William Michael Spryn | DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for MORGAN STANLEY ABS CAPITAL I INC. TRUST 2005-HE7, MORTGAGE PASS-THROUGH |
| 5:23-bk-01064-MJC | Sonny Tan | Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series |
| 5:23-bk-01460-MJC | Irene Mangam | Santander Bank, N.A. |
| 5:23-bk-01784-MJC | Ralph P. Callela, Jr. | Wells Fargo Bank, N.A. |
| 5:23-bk-02163-MJC | Jacqueline Marie Bello | CrossCountry Mortgage, LLC |
| 5:23-bk-02909-MJC | Edward David Weber and Suzanne Francis Weber | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 5:24-bk-00134-MJC | Colette Meredith Levinstein | Santander Bank, N.A. |
| 5:24-bk-00293-MJC | Carl S. Andrews and Karen Anne Andrews | Truist Bank |
| 5:24-bk-00353-MJC | Brenda Mae Dennis | DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F3, MORTGAGE PASS-THROUGH |
| 5:24-bk-00457-MJC | Geddes Sean Schubert Gibbs | Freedom Mortgage Corporation |
| 5:24-bk-00552-MJC | Fernando L. Bodon, Jr. and Tiffany Cruz-Bodon | Freedom Mortgage Corporation |
| 5:24-bk-00604-MJC | Alexander Stopchak | Wells Fargo Bank, N.A. |
| 5:24-bk-00842-MJC | Raymond R Liebold | U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage |
| 5:24-bk-00951-MJC | Mariana Sanchez | Freedom Mortgage Corporation |
| 5:24-bk-01364-MJC | Althia Patricia Hartley-Scott | Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2005-HE2 Mortgage Pass- |
| 5:24-bk-01368-MJC | Janie R. Anstey | Mortgage Assets Management, LLC |
| 5:24-bk-01554-MJC | Leon Hampton, Jr. and Yolanda Hampton | Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services |
| 5:24-bk-01580-MJC | Jason A. Wheeland and Nina Marie Wheeland | Freedom Mortgage Corporation |
| 5:24-bk-01618-MJC | Jason Cohen and Cynthia Sue Cohen | Wells Fargo Bank, N.A. |
| 5:24-bk-01669-MJC | Elizabeth Lucci Sargent | Freedom Mortgage Corporation |
| 5:24-bk-01730-MJC | Natalie Cora Rivera | Freedom Mortgage Corporation |
| 5:24-bk-01811-MJC | Jeffrey L. Garvin and Jane A. Garvin | Wells Fargo Bank, N.A. |
| 5:24-bk-01869-MJC | Lonell Catherine Shalkowski | Truist Bank, successor by merger to SunTrust Bank |
| 5:24-bk-01903-MJC | Valeriy Mironov | Freedom Mortgage Corporation |

| | | |
|---|---|---|
| 5:24-bk-02043-MJC | Bernard Doctor | Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series |
| 5:24-bk-02051-MJC | Mouwaffac Kaylani | WILMINGTON SAVINGS FUND SOCIETY, FSB AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST |
| 5:24-bk-02061-MJC | Pamela Ann Cortese | AmeriSave Mortgage Corporation |
| 5:24-bk-02729-MJC | Carmen M. Lopez | Freedom Mortgage Corporation |
| 5:24-bk-02955-MJC | Steven Perez | Deutsche Bank Trust Company Americas, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage-Backed Pass-Through Certificates, |
| 5:24-bk-02964-MJC | Jordano De Jesus Mendez Vasquez | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 5:24-bk-03133-MJC | James Edward Krispin, Jr. | Wells Fargo Bank, N.A. |
| 5:24-bk-03151-MJC | Jennifer A. Cole | PHH Mortgage Corporation |
| 5:24-bk-03232-MJC | Judith Lynn Paynter | Guild Mortgage Company LLC |
| 5:24-bk-03334-MJC | Todd Scott Romanow and Brenda Ann Romanow | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 5:25-bk-00054-MJC | Harvey Edward Rotzell, Jr. | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc |
| 5:25-bk-00067-MJC | Veronica Rose Whitaker | Freedom Mortgage Corporation |
| 5:25-bk-00213-MJC | Bianca Helen Lupio | NBT Bank, N.A. |
| 5:25-bk-00219-MJC | Kathleen Vizzi | PHH Mortgage Corporation |
| 5:25-bk-00236-MJC | Bridgette Roxann John | Deutsche Bank National Trust Company, as Trustee for PFCA Home Equity Investment Trust |
| 5:25-bk-00271-MJC | Jaison Luis Ramos | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 5:25-bk-00501-MJC | Hericson Torres and Leigh Torres | Freedom Mortgage Corporation |
| 5:25-bk-00530-MJC | Koffi Dovi Klu | Wells Fargo Bank, National Association, as Trustee for Asset Backed Securities Corporation Home Equity Loan Trust, Series OOMC 2005-HE6 , Asset |
| 5:25-bk-00559-MJC | Corey Alan Viti | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 5:25-bk-00798-MJC | Donald H Reed, Jr. | Weichert Financial Services |