In re:
Case No. 20-01044-MJC

Kristin Wade Johannes
Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 21, 2025 | Form ID: 3180W | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kristin Wade Johannes, 1757 Beach Lake Hwy, Beach Lake, PA 18405-4061 |
| 5314090 | | AT&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 5314094 | | Capital One Bank USA, NA, Capital, 1 Services LLC, Charlotte, NC 28201 |
| 5314086 | | Johannes Kristin Wade, 1757 Beach Lake Hwy, Beach Lake, PA 18405-4061 |
| 5328335 | + | Mid-Hudson Valley Federal Credit Union, c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2100 |
| 5314104 | | Quicken Loans, Inc., PO Box 44235, Detroit, MI 48244-0235 |
| 5314087 | | Sabatini Freeman LLC, 216 N Blakely St, Dunmore, PA 18512-1904 |
| 5314105 | | Stephanie Joanne Johannes, 1757 Beach Lake Hwy, Beach Lake, PA 18405-4061 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Nov 21 2025 23:36:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5314088 | | EDI: URSI.COM | Nov 21 2025 23:36:00 | Alltran Financial L, PO Box 722910, Houston, TX 77272-2910 |
| 5314089 | | Email/Text: bankruptcydepartment@tsico.com | Nov 21 2025 18:36:00 | Alltran Financial, LP, PO Box 4044, Concord, CA 94524-4044 |
| 5314091 | + | EDI: BANKAMER | Nov 21 2025 23:36:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5320692 | + | EDI: BANKAMER2 | Nov 21 2025 23:36:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5314092 | | EDI: CITICORP | Nov 21 2025 23:36:00 | Best Buy/Citibank, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5314093 | | EDI: CAPITALONE.COM | Nov 21 2025 23:36:00 | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 5317501 | | EDI: CAPITALONE.COM | Nov 21 2025 23:36:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5314095 | | EDI: CITICORP | Nov 21 2025 23:36:00 | Citibank NA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5314096 | | EDI: CITICORP | Nov 21 2025 23:36:00 | Citicards CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5314097 | ^ | MEBN | Nov 21 2025 18:35:35 | D&A Services, 1400 E Touhy Ave Ste G-2, Des Plaines, IL 60018-3338 |
| 5329337 | | EDI: JEFFERSONCAP.COM | Nov 21 2025 23:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5314098 | + | EDI: JPMORGANCHASE | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 21 2025 23:36:00 | JPMCB Auto Finance, PO Box 901003, Fort Worth, TX 76101-2003 |
| 5314099 | | EDI: JPMORGANCHASE | Nov 21 2025 23:36:00 | JPMCB Card Service, PO Box 15548, Wilmington, DE 19886-5548 |
| 5322085 | + | Email/Text: RASEBN@raslg.com | Nov 21 2025 18:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5324004 | | EDI: JPMORGANCHASE | Nov 21 2025 23:36:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 5322808 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2025 18:48:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5314100 | | Email/Text: hnichols@mhvfcu.com | Nov 21 2025 18:36:00 | Mid-Hudson Valley Federal Credit Union, PO Box 1429, Kingston, NY 12402-1429 |
| 5314101 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 21 2025 18:36:00 | Midland Credit Management, Inc, PO Box 301030, Los Angeles, CA 90030-1030 |
| 5328579 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 21 2025 18:36:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5327837 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Nov 21 2025 18:36:00 | QUICKEN LOANS, LLC , et.al., QUICKEN LOANS, LLC FORMERLY KNOWN, AS (FKA) QUICKEN LOANS INC., BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 5342744 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Nov 21 2025 18:36:00 | QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA), QUICKEN LOANS INC., QUICKEN LOANS, LLC FORMERLY KNOWN AS, (FKA)QUICKEN LOANS INC., BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 5342743 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Nov 21 2025 18:36:00 | QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) QUICKEN, QUICKEN LOANS, LLC FORMERLY KNOWN AS (FK, QUICKEN LOANS INC., BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 5314102 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Nov 21 2025 18:36:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5314103 | | Email/Text: bankruptcyteam@rocketmortgage.com | Nov 21 2025 18:36:00 | Quicken Loans, Inc., PO Box 6577, Carol Stream, IL 60197-6577 |
| 5366445 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Nov 21 2025 18:36:00 | Quicken Loans, LLC, Bankruptcy Team, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5314108 | | EDI: SYNC | Nov 21 2025 23:36:00 | SYNCB/Amazon PLCC, PO Box 965060, Orlando, FL 32896-5060 |
| 5314106 | | EDI: JPMORGANCHASE | Nov 21 2025 23:36:00 | Subaru Motors Finance, PO Box 901076, Fort Worth, TX 76101-2076 |
| 5314107 | | EDI: JPMORGANCHASE | Nov 21 2025 23:36:00 | Subaru Motors Finance C/O Chase, PO Box 78232, Phoenix, AZ 85062-8232 |
| 5314449 | + | EDI: PRA.COM | Nov 21 2025 23:36:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5314109 | | Email/Text: BAN5620@UCBINC.COM | Nov 21 2025 18:36:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2025             Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2025 at the address(es) listed below:

**Name** / **Email Address**

Adam Bradley Hall
on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com

Andrew L Spivack
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Brett Freeman
on behalf of Debtor 1 Kristin Wade Johannes brett@freeman.law brettfreemanecf@gmail.com;shannon@freeman.law;bmf153@recap.email

Carlo Sabatini
on behalf of Debtor 1 Kristin Wade Johannes usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email

Chandra Marie Arkema
on behalf of Creditor Quicken Loans INC. carkema@squirelaw.com tuhawkeye@msn.com

Jack N Zaharopoulos
ecf_pahu_alt@trustee13.com

Lorraine Gazzara Doyle
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. ldoyle@squirelaw.com, LOGSECF@logs.com

Mario J. Hanyon
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
on behalf of Creditor Quicken Loans INC. wbecf@brockandscott.com mario.hanyon@brockandscott.com

Martin A Mooney
on behalf of Creditor Mid-Hudson Valley Federal Credit Union Martin.Mooney@ag.ny.gov lgadomski@schillerknapp.com

Michael J Clark
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mclark@pincuslaw.com, brausch@pincuslaw.com

Michael J Clark
on behalf of Creditor Quicken Loans INC. mclark@pincuslaw.com brausch@pincuslaw.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 13

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 — Kristin Wade Johannes<br>First Name    Middle Name    Last Name | | Social Security number or ITIN  xxx–xx–9866<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing)    First Name    Middle Name    Last Name | | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number:  5:20–bk–01044–MJC | | |

# Order of Discharge                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Kristin Wade Johannes
> aka Kris Johannes, aka Kris W. Johannes, aka
> Kristin W. Johannes, aka Kristin Johannes

11/21/25

**By the court:**

*/s/ Mark J. Conway*

Mark J. Conway, United States
Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**