UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Kristin Wade Johannes, | : | Case No. 5:20-01044-MJC |
| | : | |
| Debtor. | : | |

## ORDER

Upon consideration of the Final Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses, filed on November 27, 2024, Doc. 48 ("Application"), filed by Mr. Carlo Sabatini, Esquire as Counsel for the Debtor ("Applicant"), in which the Applicant requested final compensation in the amount of $3,409.00 and the reimbursement of expenses in the amount of $28.50 for the period May 30, 2020 to November 25, 2024 and the Court having held a hearing on the Application on January 14, 2025, and the Applicant submitting a supplemental Letter Brief on January 17, 2025, Doc. 51 ("Brief"); and for the reasons stated in the attached Memorandum;

It is hereby **ORDERED** that:

1. The Application is **GRANTED** in part and **DENIED** in part as set forth below.

2. Compensation for professional services on the Application is **ALLOWED** in favor of the Applicant in the amount of **$2,209.00**.

3. Reimbursement of expenses is **ALLOWED** in favor of the Applicant in the amount of **$28.50**.

4. To the extent the Applicant wishes to move for reconsideration of this Order, the Applicant may do so and the Court may hold a hearing, if requested.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 20, 2026