United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                          Case No. 20-01044-MJC

Kristin Wade Johannes                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                                  Page 1 of 2

Date Rcvd: May 26, 2026                      Form ID: fnldec                                  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Kristin Wade Johannes, 1757 Beach Lake Hwy, Beach Lake, PA 18405-4061 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |
| Andrew L Spivack | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brett Freeman | on behalf of Debtor 1 Kristin Wade Johannes brett@freeman.law brettfreemanecf@gmail.com;shannon@freeman.law;bmf153@recap.email |
| Carlo Sabatini | on behalf of Debtor 1 Kristin Wade Johannes usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Chandra Marie Arkema | on behalf of Creditor Quicken Loans INC. carkema@squirelaw.com  tuhawkeye@msn.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. ldoyle@squirelaw.com, |

LOGSECF@logs.com

Mario J. Hanyon

on behalf of Creditor Quicken Loans INC. wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mario J. Hanyon

on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Martin A Mooney

on behalf of Creditor Mid-Hudson Valley Federal Credit Union Martin.Mooney@ag.ny.gov lgadomski@schillerknapp.com

Michael J Clark

on behalf of Creditor Quicken Loans INC. mclark@pincuslaw.com brausch@pincuslaw.com

Michael J Clark

on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mclark@pincuslaw.com, brausch@pincuslaw.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kristin Wade Johannes,
aka Kris Johannes, aka Kris W. Johannes, aka Kristin W.
Johannes, aka Kristin Johannes,

**Debtor 1**

Chapter          13

Case No.          5:20–bk–01044–MJC

Social Security No.:

xxx–xx–9866

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: May 26, 2026

**fnldec** (01/22)